**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

3-10-04
CMG

| | |
|---|---|
| JEROME DECKLER, Individually and On Behalf of All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) vs. ) ) IONICS, INC., ARTHUR L. GOLDSTEIN and ) DANIEL M. KUZMAK, ) ) Defendants. ) ) | Civil Action No. 03-CV-10393 (WGY) *March 12, 2004* YOUNG, D.J. /*as modified*/ So ordered as the case management scheduling order. Discovery due _Dec. 17, 2004_ Dispositive Motions due _Dec. 22, 2004_ *William H. Young* U.S. District Judge |

## JOINT PROPOSED CASE MANAGEMENT SCHEDULE

Pursuant to Local Rule 16.1, Plaintiffs and Defendants, by their respective counsel, respectfully submit this Joint Proposed Case Management Schedule for the Court's consideration. The parties will file separately certifications pursuant to Local Rule 16.1(D)(3).

### I.    PROPOSED PRETRIAL SCHEDULE AND DISCOVERY PLAN

The parties agree on the following, proposed pretrial schedule.

| EVENT | AGREED-TO DEADLINE |
|---|---|
| 1. Rule 26 automatic disclosures due | April 1, 2004 |
| 2. Class certification | |
| 2(a). Plaintiffs' motion for class certification due | May 3, 2004 |
| 2(b). Defendants' opposition to motion for class certification due | July 5, 2004 |
| 2(c). Plaintiffs' reply brief in support of motion for class certification due | August 6, 2004 |
| 3. Fed. R. Civ. P. 26(a)(2) expert disclosures | |

| EVENT | AGREED-TO DEADLINE |
|---|---|
| 3(a). Final day for Plaintiffs to serve their expert report(s) | October 15, 2004 |
| 3(b). Final day for Defendants to serve their expert report(s) | November 26, 2004 |
| 4. Depositions of fact witnesses completed | November 26, 2004 |
| 5. Requests for admission responded/objected to | December 3, 2004 |
| 6. Depositions of expert witnesses | |
| 6(a). Final day for Defendants to depose Plaintiffs' expert | November 19, 2004 |
| 6(b). Final day for Plaintiffs' to depose Defendants' expert | December 17, 2004 |
| 7. Discovery cutoff (all discovery requests to be responded/objected to by this date) | December 17, 2004 |
| 8. Rule 56 motions | |
| 8(a). All Rule 56 motions due | December 22, 2004 |
| ~~8(b). Final day for serving oppositions to any Rule 56 motion~~ | ~~January 21, 2005~~ n/a |
| ~~8(c). Final day for serving reply briefs in support of any Rule 56 motion~~ | ~~February 14, 2005~~ |
| 9. Fed. R. Civ. P. 26(a)(3) disclosures due | January 21, 2005 |
| 10. Final date for pre-trial conference of counsel (L.R. 16.5(D)) | February 4, 2005 |
| 11. Final pre-trial conference with Court (L.R. 16.5) | February 21, 2005 |
| 12. Trial briefs due (L.R. 16.5(F)) | February 28, 2005 |
| 13. Trial date, unless extended by further order of the Court | March 7, 2005 |

Date: March 9, 2004

Respectfully submitted,

By: _____
Samuel H. Rudman
Russell J. Gunyan
CAULEY GELLER BOWMAN
& RUDMAN, LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747

- 3 -

(631) 367-7100

Lead Counsel for Plaintiffs Jerome Deckler, et al.

By: _____
Brian E. Pastuszenski (BBO #391030)
Jason D. Frank (BBO #634985)
Lisa A. Spirio (BBO #655234)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street, Boston, MA 02110
(617) 248-7000

Attorneys for Defendants Ionics, Incorporated, Arthur L. Goldstein, and Daniel M. Kuzmak

## CERTIFICATE OF SERVICE

I, Lisa A. Spirio, hereby certify that, on March 9, 2004, I caused a true copy of the above document to be served upon Lead Plaintiff's liaison counsel by hand delivery and upon Lead Plaintiff's co-lead counsel by overnight mail, at the addresses below.

_____
Lisa A. Spirio

Thomas G. Shapiro, Esq.
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109

Marc A. Topaz, Esq.
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 500
Bala Cynwyd, PA 19004

Guri Ademi, Esq.
Ademi & O'Reilly, LLP
3620 East Layton Avenue
Cudahy, WI 53110

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Cauley Geller Bowman Coates & Rudman, LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747